IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 12-80254 WHA

IN THE MATTER OF

Lee Sik No – #249092

**ORDER OF SUSPENSION**

/

    Because Lee Sik No has failed to respond to the order to show cause, Mr. No's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE